DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

PEDRO J. SENTENO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1897

————————————————

February 25, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Teri K. Dees, Judge.


PER CURIAM.

Affirmed.

SILBERMAN, MORRIS, and BLACK, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.